IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.36.214.156

**ISP:** Verizon Internet Services
**Physical Location:** Richboro, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/20/2017 02:00:46 | 1FEBEAE24947809F23D129E3B91518F0BD9C65AB | Fill Her Up |
| 10/16/2017 00:57:10 | 7F30DB538482FB13F44A1F5B9E72FD75BB8030EB | Emerald Love |
| 10/16/2017 00:41:02 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 10/14/2017 03:09:50 | C72E9A5E82392AE6BFD39FEBCC3DC249DE45A113 | Virtual Girlfriend |
| 10/08/2017 01:20:50 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 09/17/2017 12:11:53 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/01/2017 00:18:48 | DB3FA3361CFB8621905E53012871F2A808F4E3B8 | Born To Be Wild |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

EPA698